UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BEATRICE ROBERSON, as Independent Administrator of the Estate of JEMEL ROBERSON,<br><br>    Plaintiff,<br><br>v.<br><br>OFFICER JOHN DOE, Individually and THE VILLAGE OF MIDLOTHIAN,<br><br>    Defendants, | Case No.<br><br>Judge<br><br>Magistrate Judge<br><br>JURY DEMAND |

## COMPLAINT

NOW COMES the Plaintiff, BEATRICE ROBERSON, as Independent Administrator of the Estate of JEMEL ROBERSON, by and through its attorney, Gregory E. Kulis & Associates, Ltd., and complaining against the Defendants, OFFICER JOHN DOE and the VILLAGE OF MIDLOTHIAN, as follows:

### COUNT I: §1983 EXCESSIVE FORCE / OFFICER JOHN DOE

1. This action is brought pursuant the laws of the United States Constitution, specifically, 42 U.S.C. §1983 and §1988, and the laws of the State of Illinois, to redress deprivations of the civil rights of the Plaintiff, Decedent, JEMEL ROBERSON, and his Estate, and accomplished by acts and/or omissions of the Defendant, OFFICER JOHN DOE, individually, committed under color of law.

2. Jurisdiction is based on Title 28 U.S.C. §1331 and §1343 and the Court's supplemental jurisdiction of the State of Illinois.

3. The Plaintiff, Decedent, JEMEL ROBERSON, was at all relevant times a resident of Chicago, Illinois.

4. BEATRICE ROBERSON is the mother of the Decedent, JEMEL ROBERSON.

5. OFFICER JOHN DOE was at all relevant times, a duly appointed Midlothian Police Officer acting within the scope of his employment and under color of law.

6. In the early morning of November 11, 2018, the decedent was working security at Manny's Blue Room in the 2900 Block of South Claire Boulevard in Robbins, Illinois.

7. An incident occurred where some patrons shot the bartender and others were shot.

8. Numerous police departments were called on the scene including Robbins, Midlothian, Cook County Sherriff.

9. Jemel Roberson apprehended one of the perpetrators outside the bar.

10. Officer John Doe arrived on the scene.

11. Defendant, OFFICER JOHN DOE shot the Decedent, JEMEL ROBERSON outside the bar.

12. The shooting of the Decedent, JEMEL ROBERSON was unprovoked.

13. The shooting of the Decedent, JEMEL ROBERSON was unjustified.

14. The shooting of the Decedent, JEMEL ROBERSON was excessive and unreasonable.

15. As a result of the actions of the Defendant, OFFICER JOHN DOE the Decedent was injured.

16. As a result of the actions of the Defendant, OFFICER JOHN DOE the Decedent JEMEL ROBERSON died.

17. As a result of the actions of of the Defendant OFFICER JOHN DOE, the Decedent incurred loss of enjoyment of life, pain and suffering.

18. The Decedent, JEMEL ROBERSON died.

19. The actions of the Defendant, OFFICER JOHN DOE, were intentional, willful and wanton.

20. Said actions of the Defendant, OFFICER JOHN DOE, were in violation of the Plaintiff's Fourth and Fourteenth Amendment rights as protected by 42 U.S.C. §1983.

Wherefore the Plaintiff, Decedent, JEMEL ROBERSON, by and through the Special Administrator of his Estate, BEATRICE ROBERSON, prays for judgment against the Defendant, OFFICER JOHN DOE, for compensatory damages in excess of one million ($1,000,000.00) dollars, punitive damages, attorney's fees, and costs.

**COUNT II: INDEMNIFICATION AGAINST THE VILLAGE OF MIDLOTHIAN**

1-20 The Plaintiff, BEATRICE ROBERSON, as Independent Administrator of the Estate of JEMEL ROBERSON, hereby realleges and incorporates the allegations of paragraphs 1-20 of Count I as its respective allegations of paragraphs 1-20 of Count II as though fully set forth herein.

21. Illinois law provides that public entities are directed to pay any tort judgment for compensatory damages for which employees are liable within the scope of their employment activities.

22. At all times, the Defendant, OFFICER JOHN DOE was a police officer employed with the VILLAGE OF MIDLOTHIAN acting within the scope of his/her employment in committing the misconduct described herein.

WHEREFORE, should the Defendant Officer be found liable for the acts alleged above, Defendant VILLAGE OF MIDLOTHIAN would be liable to pay the Plaintiff's Estate any judgment obtained against said Defendant Officer.

## JURY DEMAND

The Plaintiff, BEATRICE ROBERSON, as Independent Administrator of the Estate of JEMEL ROBERSON, hereby requests trial by jury.

>Respectfully submitted,
>
>By: /s/ Gregory E. Kulis
>Gregory E. Kulis & Associates, Ltd.

Gregory E. Kulis & Associates, Ltd.
30 North LaSalle Street, Suite 2140
Chicago, Illinois 60602
312-580-1830
Atty. No. 6180966